UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LEANDRA CLUCK,<br><br>                  Petitioner,<br><br>vs.<br><br>ELDON VAIL and MICHAEL HUMPHREY,<br><br>                  Respondents. | NO. CV-09-5093-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS FOR LACK OF JURISDICTION |

     Magistrate Judge Hutton filed a Report and Recommendation on May 12, 2010, recommending Ms. Cluck's Motion to Dismiss for Lack of Jurisdiction (Ct. Rec. 40) be denied. There being no objections, the court **ADOPTS** the Report and Recommendation. The Motion is **DENIED.**

     **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Petitioner.

     **DATED** this __28th__ day of April, 2010.

                                          *s/Lonny R. Suko*
                                      LONNY R. SUKO
                       CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1