UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY LEANDRA CLUCK,<br><br>                    Petitioner,<br><br>     vs.<br><br>ELDON VAIL, et al.,<br><br>                    Respondents. | NO.  CV-09-5093-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITION |

Magistrate Judge Hutton filed a Report and Recommendation on June 2, 2010, recommending Ms. Cluck's *pro se* petition for writ of habeas corpus be dismissed with prejudice for lack of personal jurisdiction and for failure to present a short and plain statement of her grounds for federal habeas relief as directed.  *See* Fed. R. Civ. P. 8(a). There being no objections, the court **ADOPTS** the Report and Recommendation.

**IT IS ORDERED** the petition is **DISMISSED with prejudice**.  The District Court Executive shall enter this Order, enter judgment, forward a copy to Petitioner and close the file.  The court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** this   23rd   day of June, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -- 1